AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

v.

Case No. 25-mj-5143

**EDWARD WILKIE and DANIEL EBERLE**

*Defendants*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning in or about January 2025, the exact date being unknown, and continuing until March 25, 2025, in the County of Erie, in the Western District of New York, and elsewhere, the defendants **EDWARD WILKIE** and **DANIEL EBERLE** did knowingly and willfully combine, conspire, and agree together and with others unknown, to commit the following offenses, that is, to possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, a Schedule I controlled substance, and 50 grams or more of a mixture and substance containing methamphetamine, a Scheduled II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

FRANCIS ZABAWA III
Digitally signed by FRANCIS ZABAWA III
Date: 2025.07.02 12:58:54 -04'00'

*Complainant's signature*

FRANCIS ZABAWA
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

*Printed name and title*

Sworn to and signed telephonically.

Date: July 2, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

**AFFIDAVIT**

STATE OF NEW YORK   )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO     )


FRANCIS ZABAWA, being duly sworn, deposes and states:


1.     I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the HSI Buffalo Border Enforcement Security Task Force (BEST), within the Department of Homeland Security. As such, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 as well as to conduct investigations and to make arrests for offenses enumerated in Title 21.


2.     I have been employed as a Special Agent with HSI since July 2007. Prior to my appointment with HSI, I served as a Marine Interdiction Agent with the United States Customs and Border Protection (CBP) from June 2004 through July 2007. During my tenure with both HSI and CBP, I have participated in numerous narcotics investigations, during which, I have conducted physical and wire surveillance, executed search warrants, and reviewed and analyzed recorded conversations and records of drug traffickers and money launderers. Through my training, education, and experience (including debriefing

cooperating drug traffickers and money launderers, monitoring wiretapped conversations of drug traffickers and money launderers, and conducting surveillance on numerous occasions of individuals engaged in drug trafficking and money laundering), I have become familiar with the manner in which illegal drugs are imported and distributed, the method of payment for such drugs, the various ways drug money is laundered, and the efforts of persons involved in such activities to avoid detection by law enforcement. My investigative experience detailed herein, as well as the experience of other law enforcement agents who are participating in this investigation, and information provided to me by cooperating sources, serve as the basis for the opinions and conclusions set forth herein.

3.      During my law enforcement career, I have participated in numerous cases involving the distribution of narcotics. I have participated in successful investigations into illicit drug distribution networks. I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking and how drug traffickers use their persons and personal property to facilitate their illegal activities.

4.      This affidavit is being submitted in support of a criminal complaint charging **EDWARD WILKIE** and **DANIEL EBERLE** with violating Title 21, United States Code, Section 846 (controlled substance conspiracy). Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts I believe are necessary to establish the required foundation for the requested complaint.

## PROBABLE CAUSE

5.      HSI and the Erie County Sheriff's Office ("ECSO") have been investigating **Edward WILKIE** and **Daniel EBERLE** for their involvement in narcotics trafficking.  In late January 2025, ECSO received information that **WILKIE** and **EBERLE** were storing and selling large quantities of fentanyl and methamphetamine in Tonawanda, NY at 17 Shelly Court and 108 Sheridan Parkside Drive as well as throughout Erie County.  Between late January 2025 and late February 2025, multiple surveillance operations were conducted, where **WILKIE** was seen entering and exiting 17 Shelly Court and 108 Sheridan Parkside Drive.  It was also learned that **WILKIE** transports narcotics to Salamanca, New York and Pennsylvania for distribution.

6.      Upon further investigation, ECSO obtained a search warrant issued on March 25, 2025 authorizing a search of the person of **Edward L. WILKIE,** a 2011 Jeep Grand Cherokee registered to **Edward L. WILKIE,** 108 Sheridan Parkside Drive, Tonawanda, New York 14150 (identified as a narcotics stash house for **WILKIE** and **EBERLE**) and 17 Shelly Court Tonawanda, New York 14150 (**WILIKE**'s residence).

7.      On March 25, 2025, at approximately 9:54 p.m., **WILKIE's** vehicle was observed traveling on Interstate 90 in the town of Hamburg, New York and ECSO initiated a traffic stop.  **WILKIE** and two others were inside the vehicle and taken into custody without incident.

8. A search of **WILKIE's** person resulted in the discovery of $14,430 in U.S. currency. During a search of the vehicle, law enforcement recovered a plastic Ollie's shopping on the passenger side floor that contained $27,900 in U.S. currency and a plastic bag that contained approximately 383 grams of a gray chunky substance that was later identified by the CPS Laboratory as heroin which is a Schedule I controlled substance.



383 grams of heroin and $42,330 U.S. currency found on **WILKIE's** person and Ollie's shopping bag

9.     At approximately 11:23 p.m., a search warrant was executed by the ECSO at 108 Sheridan Parkside Drive, Tonawanda, New York 14150. Upon entry into the residence the ECSO witnessed **EBERLE** attempting to destroy narcotic evidence by flushing it down the toilet. **EBERLE** was detained and ultimately arrested by the ECSO. Search of the premises resulted in the discovery three (3) plastic bags that contained 66 grams of hard crystal substance was later identified by the CPS Laboratory as methamphetamine, which is a Schedule II controlled substance, a loaded 12-gauge Mossberg shotgun with a defaced serial number and a set of keys belonging to **WILKIE**.



Narcotic evidence **EBERLE** attempted to flush



66 grams of methamphetamine



Loaded 12-gauge Mossberg shotgun with defaced serial number



**WILKIE**'s keys found at 108 Sheridan Parkside Drive

10.     On March 26, 2025, at approximately 1:45 a.m., a search warrant was executed at 17 Shelly Court Tonawanda, New York 14150.   The keys belonging to **WILKIE** found at 108 Sheridan Parkside Drive were used to gain entrance to the premises. Search of the premises resulted in the discovery of $4,000 in U.S. currency which was found in a cardboard box amongst **WILKIE**'s belongings.



**WILKIE**'s keys that were found at 108 Sheridan Parkside Drive opening 17 Shelly Court

7



$4,000 U.S. currency

11.    **WHEREFORE**, it is respectfully submitted that probable cause exists to believe that **EDWARD WILKIE** and **DANIEL EBERLE** violated Title 21, United States Code, Section 846 (controlled substance conspiracy) and request that a Criminal Complaint and Arrest Warrant be issued, and that this Complaint and Affidavit be sealed based on a continuing investigation and further Order of this Court.

FRANCIS ZABAWA III
Digitally signed by FRANCIS ZABAWA III
Date: 2025.07.02 12:59:36 -04'00'

FRANCIS ZABAWA
Special Agent
Homeland Security Investigations

Sworn to and signed telephonically

this 2nd day of July 2025.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

8